UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| V. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 242 |
| | : | (Deprivation of Civil Rights Resulting in |
| STEPHEN COOK | : | Bodily Injury); |
| | : | |
| Defendant. | : | 18 U.S.C. § 1001(a)(1), (a)(2) |
| | : | (False Statements to the Government of |
| | : | the United States); |
| | : | |
| | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Offenses Against |
| | : | the United States); |
| | : | |
| | : | 18 U.S.C. § 1512(b)(1) |
| | : | (Tampering with a Witness, victim or an |
| | : | informant); |
| | : | |
| | : | 18 U.S.C. § 1512(c)(2) |
| | : | (Tampering with a Witness, victim or an |
| | : | informant). |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Deprivation of Civil Rights)

On or about August 30, 2005, within the District of Columbia, Defendant STEPHEN COOK,

a Deputy United States Marshal, while acting under color of the laws of the United States of

America, did engage in the use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, resulting in bodily injury to Omar Hunter, and did thereby willfully deprive Omar Hunter of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law.

> (**Deprivation of Rights Under Color of Law Resulting in Bodily Injury**, in violation of Title 18, United States Code, Section 242).

## COUNT TWO
(False Statements)

On or about August 30, 2005, within the District of Columbia, in a matter within the jurisdiction of the United States Marshals Service, an agency of the United States, Defendant STEPHEN COOK did knowingly and willfully falsify, conceal, and cover up a material fact by trick, scheme, and device, and did make a materially false, fictitious, and fraudulent statement or representation, by submitting a written Field Report to the United States Marshals Service in which he concealed and falsified information regarding his use of force against Omar Hunter, as alleged in Count One of this indictment.

> (**False Statements to the Government of the United States,** in violation of Title 18, United States Code, Sections 1001(a)(1), (a)(2).

## COUNT THREE
(Conspiracy)

Beginning on or about August 30, 2005, and continuing through on or about October 23, 2006, within the District of Columbia and elsewhere, Defendant STEPHEN COOK, a Deputy United States Marshal, did knowingly and willfully conspire, combine, confederate, and agree with others, whose identities are known to the Grand Jury, to commit certain offenses against the United States,

in violation of Title 18, United States Code, Section 371, as follows:

  (a) To knowingly and willfully falsify, conceal, and cover up a material fact by trick, scheme, and device, and to knowingly and willfully make a materially false, fictitious, and fraudulent statement, in a matter within the jurisdiction of the United States Marshals Service, an agency of the United States, by submitting written Field Reports to the United States Marshals Service which concealed and falsified information regarding Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, in violation of Title 18, United States Code, Sections 1001(a)(1), (a)(2);

  (b) To knowingly and corruptly attempt to persuade a witness, whose identity is known to the Grand Jury, to testify falsely before a federal Grand Jury investigating Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, with the intent to influence, delay, and prevent the testimony of the witness, in violation of Title 18, United States Code, Section 1512(b)(1), and;

  (c) To corruptly obstruct, influence, impede, and corruptly attempt to obstruct, influence, and impede, an official proceeding, that is, a federal Grand Jury investigation of Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, with the intent to affect the investigation of the Grand Jury, in violation of Title 18, United States Code, Section 1512(c)(2).

<u>Goal of the Conspiracy</u>

It was the goal of the conspiracy to impede, obstruct, hinder, delay, and corruptly influence the investigation into the use of unreasonable force by Defendant STEPHEN COOK, a Deputy United States Marshal, against Omar Hunter as alleged in Count One of the indictment.

Manner and Means Used to Accomplish the Goal of the Conspiracy

The goal of the conspiracy was accomplished through the following manner and means, among others:

(a) It was part of the conspiracy for Defendant STEPHEN COOK and co-conspirators, whose identities are known to the Grand Jury, to make false statements and to conceal Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on or about August 30, 2005.

(b) It was further part of the conspiracy that Defendant STEPHEN COOK would provide a co-conspirator with a copy of the false Field Report that Defendant STEPHEN COOK wrote regarding his use of unreasonable force against Omar Hunter, so that the co-conspirator could write a false Field Report that would be consistent with Defendant STEPHEN COOK's Field Report.

(c) It was further part of the conspiracy that the co-conspirator described in paragraph (b) above would disclose the contents of Defendant STEPHEN COOK's false Field Report to another co-conspirator, whose identity is known to the Grand Jury, so that the co-conspirator would also falsify his Field Report to conceal Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on or about August 30, 2005.

(d) It was further part of the conspiracy that Defendant STEPHEN COOK and the co-conspirators, referred to in paragraphs (b) and (c) above, each submit false Field Reports to their supervisor at the United States Marshals Service.

(e) It was further part of the conspiracy that Defendant STEPHEN COOK and other co-conspirators whose identities are known to the Grand Jury would provide false information to federal law enforcement officers in order to interfere and obstruct the federal investigation into

Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on or about August 30, 2005.

(f) It was further part of the conspiracy that Defendant STEPHEN COOK and a co-conspirator whose identity is known to the Grand Jury would provide false information to the Grand Jury in order to interfere and obstruct the federal investigation into Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on or about August 30, 2005.

Overt Acts

In furtherance of the conspiracy and to accomplish the goal of the conspiracy, Defendant STEPHEN COOK, and co-conspirators whose identities are known to the Grand Jury, committed and caused to be committed at least one of the following overt acts, among others, within the District of Columbia:

(a) On or about August 30, 2005, Defendant STEPHEN COOK and a co-conspirator, hereinafter referred to as "co-conspirator A", discussed the submission of false Field Reports to their supervisor at the United States Marshals Service that would conceal Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on or about August 30, 2005.

(b) On or about August 30, 2005, Defendant STEPHEN COOK wrote a false Field Report regarding his use of unreasonable force against Omar Hunter.

(c) On or about August 30, 2005, Defendant STEPHEN COOK gave a copy of his false Field Report to co-conspirator A, so that co-conspirator A could write a false Field Report that would be consistent with the false Field Report written by Defendant STEPHEN COOK.

(d) On or about August 30, 2005, co-conspirator A, after reviewing the false Field Report written by Defendant STEPHEN COOK, also wrote a false Field Report regarding Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter on August 30, 2005.

(e) On or about September 1, 2005, STEPHEN COOK and co-conspirator A submitted their false Field Reports, as set forth in Overt Acts (b) and (d) above, to their supervisor at the United States Marshals Service.

(f) During the month of September of 2005, co-conspirator A contacted another co-conspirator, hereinafter referred to as "co-conspirator B", and advised co-conspirator B that co-conspirator B was expected to file a Field Report regarding this incident, and provided co-conspirator B with information contained in Defendant STEPHEN COOK's false Field Report.

(g) On or before September 22, 2005, co-conspirator B wrote a false Field Report regarding Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, and submitted the report to his supervisor at the United States Marshals Service.

(h) On or about September 28, 2006, Defendant STEPHEN COOK, upon learning that co-conspirator A had been subpoenaed to testify before the Grand Jury, spoke with co-conspirator A, and told him to provide false information to the Grand Jury regarding Defendant STEPHEN COOK'S use of unreasonable force against Omar Hunter.

(i) On or about October 23, 2006, Defendant STEPHEN COOK had another conversation with co-conspirator A, and told him to provide false information to the Grand Jury regarding Defendant STEPHEN COOK'S use of unreasonable force against Omar Hunter.

**(Conspiracy to Commit Offenses Against the United States**, in violation of Title 18, United States Code, Section 371).

## COUNT FOUR
(Tampering With a Witness, Victim, or an Informant)

On or about September 28, 2006, Defendant STEPHEN COOK did knowingly and corruptly attempt to persuade a witness, whose identity is known to the Grand Jury, to testify falsely before a federal Grand Jury, with the intent to influence, delay, and prevent the testimony of the witness, in order to affect an investigation being conducted in the District of Columbia, specifically, the federal Grand Jury investigation of Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, as alleged in Count One of this indictment.

> (**Tampering With a Witness**, **Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(b)(1)).

## COUNT FIVE
(Tampering With a Witness, Victim, or an Informant)

On or about September 28, 2006, Defendant STEPHEN COOK did corruptly obstruct, influence, impede, and corruptly did attempt to obstruct, influence, and impede, an official proceeding with the intent to affect a Grand Jury investigation being conducted in the District of Columbia, specifically, the federal Grand Jury investigation of Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, as alleged in Count One of this indictment, by telling a co-conspirator, whose identity is known to the Grand Jury, to provide false information to the Grand Jury as alleged in Count Four of this indictment, and to the officers and attorneys conducting the Grand Jury investigation.

> (**Tampering With a Witness**, **Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(c)(2)).

## COUNT SIX
(Tampering With a Witness, Victim, or an Informant)

On or about October 23, 2006, Defendant STEPHEN COOK did knowingly and corruptly attempt to persuade a witness, whose identity is known to the Grand Jury, to testify falsely before a federal Grand Jury, with the intent to influence, delay, and prevent the testimony of the witness, in order to affect an investigation being conducted in the District of Columbia, specifically, the federal Grand Jury investigation of Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, as alleged in Count One of this indictment .

(**Tampering With a Witness**, **Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(b)(1)).

## COUNT SEVEN
(Tampering With a Witness, Victim, or an Informant)

On or about October 23, 2006, Defendant STEPHEN COOK did corruptly obstruct, influence, impede, and corruptly did attempt to obstruct, influence, and impede, an official proceeding, with the intent to affect an investigation being conducted in the District of Columbia, specifically, the federal Grand Jury investigation of Defendant STEPHEN COOK's use of unreasonable force against Omar Hunter, while Hunter was in the custody of the United States Marshals Service in the District of Columbia Superior Court, as alleged in Count One of this indictment, by telling a co-conspirator,

whose identity is known to the Grand Jury, to provide false information to the Grand Jury as alleged in Count Six of this indictment, and to the officers and attorneys conducting the Grand Jury investigation.

   (**Tampering With a Witness**, **Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(c)(2)).

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia