UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. O7-192 (ESH) |
| : | |
| STEPHEN COOK  : | **FILED** |
| : | |
| Defendant. | AUG 1 6 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

<u>ORDER</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 16th day of August, 2007, ORDERED:

3. That if the defendant is released on bond that he or she is accompanied within forty-eight (48) hours by Federal Bureau of Investigations Special Agent Jay Greenberg, or his designee, to the Washington Field Office of the Federal Bureau of Investigations, to the Central Cell Block of the Metropolitan Police Department, and to the United States Marshal's Office for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Federal Bureau of Investigations Special Agent Jay Greenberg, or his designee, for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*Ellen S. Huvelle*

Judge Ellen S. Huvelle
United States District Court
For the District of Columbia