## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)   Case No.  07-192 (ESH)<br>STEPHEN COOK       )<br>Defendant.  ) | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned and asks the clerk of court to enter an appearance for the defendant.

Respectfully submitted,

STEPHEN COOK
By Counsel

_____/s/_____
William B. Moffitt
MOFFITT & BRODNAX, Ltd.
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
wbmoffitt_esq@yahoo.com