**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. O7-192 (ESH)** |
| | : | |
| **v.** | : | **JUDGE ELLEN S. HUVELLE** |
| | : | |
| **STEPHEN COOK** | : | **TRIAL OCTOBER 23, 2007** |
| | : | |
| **Defendant.** | : | |


### GOVERNMENT'S REPLY TO DEFENDANT STEPHEN COOK'S MOTION TO DISMISS THE INDICTMENT BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT AND ENTRAPMENT

Now comes the government, by and through its undersigned counsel, and tenders its reply to Defendant Stephen Cook's Motion to Dismiss the Indictment Based Upon Outrageous Government Misconduct and Entrapment (hereafter "Motion").

The Motion fails to present any legitimate legal basis for the dismissal of the indictment in this case. The Defendant's claims rest entirely upon unsupported assertions and unpersuasive characterizations of the facts. Even if these assertions and characterizations had merit, they should be assessed by a jury, not by the court. Thus, for want of any actionable claim, the Defendant's Motion must fail.

At the outset, it should be noted that, in the introduction to the Motion, the Defendant argues that the government is prosecuting him because he "has become a scapegoat for the myriad of problems with the United States Marshal's Service for the D.C. Superior Court." Id. at 2. This claim is false, baseless, and needlessly inflammatory.

I.  **THE DEFENDANT FAILS TO SUPPORT HIS CONTENTION THAT THE INDICTMENT IN THIS CASE SHOULD BE DISMISSED BECAUSE INVESTIGATORS ALLEGEDLY FALSIFIED EVIDENCE AGAINST HIM.**

The Defendant notes that the government violates the due process rights of a citizen when its conduct "shocks the conscience." Motion at 4, citing United States v. Chin, 934 F.2d 393 (2d. Cir. N.Y. 1991)(citing Rochin v. California, 342 U.S. 165, 172 (1952)). As the defendant's allegations are without factual support, he fails to establish conduct which "shocks the conscience," and thus his Motion must be denied.

The Defendant fails to establish that Supervisory Deputy United States Marshall Paul Rivers fabricated evidence against the Defendant, or that "there is indication that the government has pressured and coerced various witnesses to change their testimony in exchange for preferential treatment." Motion at 2, 3, 6-7.[1] In support of these claims, the Defendant offers only an unsigned twelve-word memorandum involving a courtroom door, a copy of what appear to be certain United States Marshals Service regulations, and a footnote indicating that an investigator is examining claims of misconduct against Rivers. Motion Attachment 1; Motion Attachment 2; Motion at 3, fn 3. The inadequacy of this "evidence" is manifest. The Defendant further fails to cite any case law to suggest that unsupported allegations of falsified evidence give rise to an actionable claim for dismissal of an indictment. As the Defendant's arguments have no evidentiary support or legal merit, they do not give constitute sufficient grounds for the dismissal of this case. Thus, the Defendant's Motion must fail.

---

[1] As the Defendant's unsupported claim that a government agent coerced statements from the Defendant is thoroughly addressed in the Government's Reply to Defendant Stephen Cook's Motion to Suppress Involuntary Statements, filed under separate cover, the government will not repeat its arguments here.

## II.    THE DEFENDANT'S CLAIM THAT THE GOVERNMENT VIOLATED HIS RIGHT TO DUE PROCESS BY ENTRAPPING HIM IS FALSE AND INADEQUATE AS A GROUNDS FOR DISMISSAL OF THE INDICTMENT.

The Defendant fails to establish that the government entrapped him into committing the indicted offenses of witness tampering. The Defendant's assertions are belied by a review of the transcripts of the relevant consensually monitored phone calls between the defendant and Mr. Behringer. These transcripts reveal that Mr. Behringer never induced or solicited the Defendant to do anything. As the Defendant has failed to establish entrapment, or any behavior on behalf of the government which "shocks the conscience," his motion must be denied.

### A.    *The government did not entrap Cook, as Behringer did not induce Cook into any activity.*

At no time did Behringer or any other government agent take any action to entrap the Defendant. As the District of Columbia Court of Appeals noted in United States v. Glover, 153 F.3d 749, 754 (D.C. Cir. 1998): "The entrapment defense 'has two related elements: government inducement of the crime, and a lack of predisposition on the part of the defendant to engage in the criminal conduct.' Mathews [v. United States], 485 U.S. [58] at 63 [1988]. In this circuit, the defendant bears the initial burden of showing government inducement; if he is successful, the burden then shifts to the government to prove the defendant was predisposed to commit the crime." The court in Glover further noted that "[r]epeated government solicitations do not establish inducement 'unless the requests are coupled with persuasive overtures, or unless there is evidence of reluctance on the defendant's part demonstrating that the repetition of the requests may have moved an otherwise unwilling person to commit a criminal act.' [United States v.]

McKinley, 70 F.3d [1307] at 1312 [D.C. Cir. 1995]."

In this case, the evidence indicates that, during the conversations giving rise to the indicted offenses of witness tampering, Behringer never induced or solicited him to do anything. The Defendant's assertion that Behringer "incessantly asked Mr. Cook about whether he would get in trouble in front of a grand jury," Motion at 8, is entirely false. It is telling that the Defendant does not cite a single instance of this allegedly incessant behavior in his Motion. The transcripts of the recorded conversations in question demonstrate that Behringer never once asked the Defendant if "he would get in trouble in front of the grand jury." At no time did Behringer threaten, cajole, coax, persuade, or even ask the Defendant to tell him what to do in front of the grand jury. To the contrary, the evidence shows that, during the conversations in question, Behringer merely expressed his discomfort with testifying before the grand jury. In response to those expressions of discomfort, the Defendant spontaneously and of his own initiative told Behringer to "stick to the report," i.e., proffer the same false narrative that Behringer and the Defendant devised shortly after the Defendant's attack on the victim, Omar Hunter, on August 30, 2005. See, e.g., Attachment 1 (Transcript of Consensual Recording, September 28, 2006), at 5:

> BB [Bryan Behringer]: "Ah, Jesus, man. Fuck. I don't want, I mean, what I don't want, I mean, this is my biggest fear is, is like alright, I say what I gotta say at Grand Jury. But then, you know, I was just reading about it in the paper the other day, somebody, you know, 6 or 8 months after trial, they found out that they were lying to the Grand Jury."
>
> SC [Stephen Cook]: "Well how are they going to find that out? They don't, they can't find, there's no way they can find that out. Stick to your report and that's, that's it, that's the end of it."
>
> BB: "Yeah."

SC [Stephen Cook]: "The only way they find out is when you don't stick to your report and then you're definitely fucked."

BB: "Yeah, I just, it shocked me.  I didn't think anything of it."

SC: "Dude, it's not a big deal.  Everybody else went, too.  Greenlee went.  Everybody went.  Everybody."

See also Attachment 2 (Consensual Monitoring Transcript, October 23, 2006), at 2, 3-4, 10:

BB: "They, I, I, this is throwing me into it.  This is just, that, holy cow"

SC: "All you gotta do, you're in the best position to say, listen, to whatever, dude, say what you want to say.  I got, it happened a year ago.  I don't fucking know.  Whatever I got to say, it's written in my report."

BB: "Yeah, well I"

SC: "They can't fucking"

BB: "They're throwing"

SC: "They only way they can charge you with anything is if you say well, yeah, ok, yeah, he, he did something other than what I fucking wrote in my report."

***************

BB: "Yeah, if, if, I mean, if I go in there, when I, when I go in there tomorrow, I mean, that's the thing, is if, uh, if they ask me that report is truthful, and I, and I say yes, I'm, I, you know, I'm, I'm gonna say yes, I'm not, I'm not worried about it."

SC: "Well that's all you have to say.  Bryan, they can't, you gotta listen to me.  They cannot, they can't tell you what you fucking saw.  They can't do that, I mean, you, you're in deep shit if you go off your report."

BB: "Yeah."

SC: "I mean, that's a huge problem."

BB: "Yeah."

SC: "And then, and then, it's, I don't give a shit what they tell you, it's all sorts of issues for you and for me."

***************

BB: "Yeah, I just, I, all I'm saying is I just want to, you know, if I stick, I'm gonna stick to the report, but I mean, it's like, if I go in there and fucking lie to that Grand Jury, I'm fucked.  I mean, if they"

SC: "You're not fucked."

BB: "That, that, that's if they find out."

SC: "Man, how are they gonna find out?  What, are you gonna tell them?"

As the evidence shows that Behringer in no way "induced" the Defendant's criminal acts of witness tampering, the Defendant cannot meet his burden of demonstrating government inducement per Glover.[2]  Accordingly, the Defendant has presented no valid cause of action for the dismissal of the indictment in this case, and thus the Defendant's Motion must fail.

       B.      *The Defendant's characterizations of the facts giving rise to the entrapment allegation should be assessed by a jury, not by this court.*

Whatever the merits of the Defendant's position regarding Cook's purported entrapment and Cook's alleged motivations for advising Behringer, a *jury* should assess the validity of the Defendant's claims in this regard.  As the Supreme Court noted in Mathews v. United States, 485 U.S. 58 (1988), citing Sherman v. United States, 356 U. S. 369, 377 (1958): "The question of entrapment is generally one for the jury, rather than for the court."  As Mathews sets forth a general rule that juries should assess questions of entrapment, and as the Motion sets forth no

---

[2] As the Defendant cannot show that the government induced the Defendant to commit any crime, the question of criminal pre-disposition is not reached.

evidence, facts, or legal arguments to explain why a jury should not make such an assessment in this case, the Defendant's arguments about entrapment fail to set forth an actionable cause for dismissal of the indictment in this case.  Thus, the Defendant's <u>Motion</u> must fail.

## III.    CONCLUSION

For the foregoing reasons, the government prays that this Court will overrule Defendant Stephen Cook's Motion to Dismiss the Indictment Based Upon Outrageous Government Misconduct and Entrapment, and decline to dismiss the indictment in this case.


Respectfully submitted,


_____        /s/_____

C. Douglas Kern
Ohio # 0072864
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D St. NW
Washington, DC 20004
(202) 514-3204

_____

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By:            _____/s/_____

John Cummings
Assistant United States Attorney
Member Maryland Bar
555 4th Street, N.W., Room 4838
Washington, DC 20530
(202) 514-7561

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. O7-192 (ESH)** |
| | : | |
| **v.** | : | **JUDGE ELLEN S. HUVELLE** |
| | : | |
| **STEPHEN COOK** | : | **TRIAL OCTOBER 23, 2007** |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Having considered Defendant Cook's Motion to Dismiss the Indictment Based on

Outrageous Government Misconduct and Entrapment, and the government's opposition thereto,

it is this _____ day of October,  2007  hereby:

ORDERED that no hearing is required in this matter as the relevant issues have been adequately

briefed by the parties, and that the defendant's motion is hereby DENIED.


_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


cc:    John Cummings, Esq.
       C. Douglas Kern, Esq.
       William B. Moffit, Esq.
       Pleasant Brodnax, Esq.

282A-WF-233372
Consensual Recording
September 28, 2006
Transcription done by: SA Jay Greenberg

BB: Bryan Behringer
SC: Stephen Cook

BB: My name is Bryan Behringer.  Today's date is 9/28/06.  The time is 1723 hours Central time.
I am about to make a phone call to Steve Cook.  Uh, phone number is 571-242-8942.

SC: Hello?

BB: Cook.

SC: Yeah.

BB: Hey, this is Behringer, man.

SC: Hey, what's up, dude?

BB: What the hell is going on?

SC: They're trying to lock me up, bro.

BB: Oh my God.

SC: Yeah, it's bad.  So when did you hear about it?

BB: Fuck.  I just got served a subpoena.

SC: You did?

BB: Yeah.

SC: So it's still, yeah.  It's big time, man.  It's, like, crazy.  I don't know what the fuck is going on.

BB: Jesus.  What the hell.  I mean, last week, I got contacted out here in Wisconsin....

SC: (unintelligible) said that he was being treated badly because he wrote a fucked up report and
shit.  Hold on one second.  I got another call.

BB: Yeah. (pause)

SC: Hey man.

BB: Hey.

SC: That was Kessler.

BB: Oh.

SC: But, uh.  Yeah dude.  When do they want you come in?

BB: Fuck.  It says on the front of it October 17th.

SC: Holy, the end of October?  How long are they going to fucking drag this thing out?

BB: No idea. No idea.

SC: Dude, is this, is this for grand jury or, like, to talk to the USAs?

BB: No, mine's for grand jury.  It says grand jury on it.

SC: Yeah, it's going in front of grand jury.  So.

BB: Jesus.

SC: Yeah.  You know what your report says, right?

BB: Yeah, yeah, yeah.  I mean...

SC: Well that's all we gotta say.

BB: This is the thing.  They talked to me last week.  I didn't think anything of it, because, I, you know, I, I gave the same story.

SC: Yeah.

BB: You know.

SC: Who talked to you?  The US Attorneys?

BB: No, the FB fucking I.

SC: Oh yeah, they been talking to everybody, they interviewed everybody, man.

BB: Oh my gosh.

SC: Yeah.  I mean, this is like a nonissue.  I don't know how it got blown up.  It's a fucking mess.

BB: Jesus Christ.  I mean.  This is the thing.  I mean, the stuff I told them, everything's cool, but I mean.  It's like I'm freaking out.

SC: Yeah, I mean, you're not in trouble  I'm in fucking trouble.  I'm the only one in trouble here.  Everybody else is just fucking witnesses.

BB: Oh good lord.

SC: But, I don't understand.  I don't know why they've gone so far with this.  It doesn't make any sense to me.  You know, like, out of all the shit that they could've gone forward with, this, this, this is what they picked.  It doesn't make a bit of sense.

BB: Right.

SC: Other than the fact that this bandit motherfucker is just, uh....yeah, they're trying to lock me up, dude.  It's a definite.  I mean, it's....they're going all the way.  It's a big fucking deal, and they need somebody to go down because that place has been a mess for God knows how long...

BB: Jeez.

SC: And this is what they're, this is, uh, what they're, what they're targeting, it's I'm their man, I guess.  So.

BB: Good Lord.  I'm, I'm flipping...I'm freaking the hell out.

SC: What are you freaking out about?

BB: Because, I mean, dude, when I talked to them, I mean, they were, the shit that they were telling me....all the stuff....Oh my God.

SC: What did they tell you?

BB: Dude, they got, uh, fucking those people that were in the van.

SC: Yeah.

BB: They got all those people.

SC: Uh huh.

BB: They fucking were talking to them.  I mean it's just crazy.

SC: They're bandit motherfuckers too.  They're going to say what, whatever they're going to say.

BB: Yeah

SC:  You know.

BB: I, I . .

SC:  What did they say about them?

BB: Well, just that they said they talked to them...and that, uh, my, my conflict, or, my issues, what I had said to them, conflict with what they're getting.

SC: That, they're just digging.  They're digging for shit, dude.  It's nothing for you to freak out about.

BB: Man, oh man.  I can't....I mean....

SC: Everybody's got their, their, their reports, and if you stick to the report, the only reason Ramsey got, got all wrapped up is because he didn't stick to his fucking report.

BB: Yeah.

SC: He was like, okay, Rivers made me change it.  And, who gives a fuck what some bandit motherfucking shim says in the van?

BB: Jesus Christ.

SC: All they need is somebody to say well I fucked up.  Then they're fucked.  You know it's . . .

BB: Yeah.

SC: It's just a non issue.  It's a non, I don't understand what the fuck, how they can go forward with something like this.

BB: Fuck.  My stomach's been in a knot.  I found out this afternoon.

SC: Well, you don't have anything, you don't have a damn thing to worry about.  I'm the one they're trying to fuck here.

BB: I know, I don't want, fuck, I don't, I don't need anything to come out, you know, if it does go to trial, that, fucking, I don't want to lie, I don't, fuck, I mean, no no no no, I'm not saying it like that, but I just, uh, Jesus

SC: There's nothing to worry about.  I mean, everybody has their reports.  You stick to your report.

BB: Yeah, but ours were like, ours were like the same.

SC: Well, that's because, that's, that's, that's fine.  There's nothing wrong with that. Sharpstene's was too.  I think.  I don't know if I even had one from Sharpstene.

BB: I never got to see his.  He was gone.  He was at that, what the hell, when Katrina hit.

SC: Was he there?  I thought he was there.

BB: Well, he was there, but he was at the EOC right after that.

SC: Yeah.

BB: Oh my god.  I just....I mean, there, Jesus.

SC: Tell them what your, uh, report says.  That's all, that's all you gotta do, that's the only, they're going to try to wrap up everybody.  They're going to say, we've got so and so that say's this.  They tried wrapping up Rivers. They said, you know this so and so and so and so are saying this.  And they're just onna pull out, they're pulling out all the stops for this and I'm not sure why, I don't know why.

BB: Somebody's got a huge hard on for it.

SC: Yeah, I mean, they need somebody to go down in that fucking, in that place.  And it's gonna, it's gonna to end up being me, I think. So.

BB: Ah, Jesus, man.  Fuck. I don't want, I mean, what I don't want, I mean, this is my biggest fear is, is like alright, I say what I gotta say at Grand Jury.  But then, you know, I was just reading about it in the paper the other day, somebody, you know, 6 or 8 months after trial, they found out that they were lying to the Grand Jury.

SC: Well how are they going to find that out?  They don't, they can't find, there's no way they can find that out.  Stick to your report and that's, that's it, that's the end of it.

BB: Yeah.

SC: The only way they find out is when you don't stick to your report and then you're definitely fucked.

BB: Yeah.  I just, it shocked me.  I didn't think anything of it.

SC: Dude, it's not a big deal.  Everybody else went, too.  Greenlee went.  Everybody went.  Everybody.

BB: Jesus Christ.  They, they uh, flipped uh, Ramsey out, too.  Brewster called me and told me.

SC: Yeah, yeah, cause he's the one who went and said, well I feel threatened, people are

threatening my fucking life.  It's crazy.  He's the only one that's got a different report than anybody else and he used that as leverage to get....and even his isn't that bad, it says the guy was, may have, got, been on the ground.  I don't remember, I don't remember anything.

BB: Yeah.

SC: I stick to my report. I walked up in the van, I escorted him out of the van.  I, I may have touched his arm.  I may have grabbed his arm.  Nobody ever struck anybody.  He's saying I punched him in the face 10 times.  There's no marks on the dude, man.  The doc looked at him up in the fucking cellblock.  There was no marks on him.

BB: Yeah.

SC: He's got nothing.  He never fucking, never got any medical treatment.  Didn't want medical treatment.  All he wanted to do was, was file a complaint.

BB: Right

SC: I mean, all they're doing is digging for somebody else to say, Yeah, oh yeah, this guy was fucked up.  That's all they're digging for.

BB: Yeah.

SC: They, they, this has been going on forever.  They're just looking for somebody that's gonna give them a conflicting report, another conflicting report.

BB: Right.

SC: Who gives a fuck what some bandit in the van said?  I mean, they're probably lying about that anyways.

BB: Yeah.

SC: Who the fuck knows?

BB: Yeah, fuck, this is crazy.  This is...

SC: What they got.  They're, they're fucking bandits.  Who cares what they say?

BB: Right.

SC: It is crazy.  You're right.  And it's been going on way too fucking long.

BB: Shit, it's been over a damn year.

SC: I'm surprised they haven't talked to you before now.

BB: No, that's, that's what I'm....

SC: Probably because you're not here, you know.  They, they, they, dude, talked to people that weren't even in the fucking block that day.

BB: Really?

SC: Yeah.  Everybody's like, I don't know what happened.  And you know the people who wrote reports said what was in their reports.

BB: Yeah.

SC: That's all I know, you know.  That's what I saw happen.  And that was the end of it.

BB: Yeah.

SC: And the only person who went back over was Ramsey 'cause he told em, he said something about feeling threatened there 'cause he's a fucking asshole.

BB: Payton called me and told me that he, uh, that they, they carried him, I mean, not carried him out of there, they got him out of there.

SC: Yeah, they whisked him out of there in the dead of night.  He's, dude he's, he's, he made a big fucking stink.  He threw all of management out under the bus and everything.

BB: Really.

SC: He said that he had been threatened there.  Nobody threatened that little fucker.

BB: Yeah.

SC: Just nobody talks to him.  Nobody likes him.

BB: Yeah.

SC: So, I mean, who cares?  You, you, you, you don't go to work to get people to like you.

BB: Yeah.

SC: But yeah, dude, they're trying to put me away, man.  I mean, that's what they're trying to do.

BB: Jesus.

SC: They're trying to lock me up.  It's a big fucking deal.  It's a big mess.

BB: Holy shit.  This fucking pit in my stomach.  Fucking crazy.

SC: Well all you gotta do is stick to your report.  That's all you gotta do.  That's, that's what everyone else did.

BB: Yeah.

SC: Say what was in your report.  Was anybody hit?  No, of course not.  Was he kicked, 'cause that's what he's saying.  He's saying he was kicked and beaten.

BB: Right.

SC: Nope, nope, he left the van under his own power and went in the fucking, went in the cellblock.

BB: Yeah, Jesus.

SC: It's a mess dude.  It's a big mess.  Well, at least we can have a couple beers when you come in town.

BB: Yeah.  That's uh, shit.

SC: It'll be like a little vacation.

BB: Yeah.

SC: But yeah, I'm probably gonna, it's probably gonna go.  No matter what anybody says, I mean, they're going to try to go all the way with it.  It's me, I'm the only one that's in fucking trouble here.  Nobody else is in trouble.

BB: Right.

SC: And, it's just fucking, it's crazy that it's gone this far.

BB: Right.  I mean, and, for Christ's sake, you know what, they didn't even notify me, they railroaded me here.

SC: They just gave you the subpoena?

BB: No, no, no, no, no.  They, when they came to talk to me...

SC: Oh, they came there?

BB: Yeah, they came to my office.  And put me in the conference room, in our conference room here at the office.

SC: Yeah.

BB: And then they, the supervisor's like, hey, come on with me, grab your jacket.  I didn't have any idea, I had no idea what was going on.

SC: So what did you say when they said oh we got somebody else saying something else happened than what's in your report?

BB: No, I said, I said he, at best, he yanked him out of the van.

SC: Yeah.

BB: Nothing happened other than that.

SC: Yup.

BB: I mean, at, at, fuck, I don't know, at, at, they're not, I know they're fishing, but, it's, it's, uh, God, I don't want, uh...

SC: I mean, when I, when I walked up in that van, that's when I said I couldn't remember if I had even touched him.  If I did, I grabbed his arm.

BB: Yeah.

SC: You know, and that's, you're allowed to do that.  He was a noncompliant prisoner.

BB: Yeah, he didn't want to come out.

SC: The whole thing is, his report, even in his report, I mean, he's a noncompliant prisoner.  I'm, I'm auth-, I can use force.  But, I mean, he says I hit him 10 times, which I fucking didn't.

BB: Yeah.

SC: But, I, I never, I just, I never touched him.  I don't know what's he's talking about.

BB: Jesus Christ.

SC: But, uh...

BB: Fuck.

SC: I just, you know, that's what I've been telling people I don't know.  I don't know what he's

talking about.  I may have grabbed his arm.  He definitely wasn't on the fucking ground.

BB: Yeah.

SC: Fuck, fuck him.  Let him, I can't, I can't do anything about it now.  They're looking for somebody to...you know, you talk about freaking out, I haven't fucking slept for two weeks.

BB: Oh God.

SC: I can't fucking eat.

BB: Yeah.

SC: And it's a mess.  It's a fucking mess.  Who gives a shit what, fucking, some guy's that connected to him, they're gonna say whatever.

BB: Yeah.

SC: They, they're saying that I was, pissed because he was Muslim.

BB: What?

SC: I didn't know that that fucking dude, that's what one of them told somebody up in the cellblock.  He doesn't like him because he's Muslim.  I don't know that that dude's Muslim.

BB: Jeez.

SC: I didn't know who the fuck he was.  I don't know that guy.

BB: Yeah.

SC: What are you talking about?

BB: Oh, jeez.  That's unbelievable.

SC: Yep.  So

BB: I remember that dude put a...

SC: That's the kind of shit that they're saying, dude.  Whatever the FBI says, they're gonna, they're gonna lie anyways.  But whatever they say, they're saying shit like that.  Like, I, he didn't like him, they're fucking shims.  He didn't like him because he's Muslim, because he had a Muslim name.

BB: Yeah.

SC: I couldn't figure out what the fuck his name was.  He wouldn't tell me.

BB: Yeah.  Fucking unbelievable.

SC: Whatever.  It's ain't, it's not going anywhere, because he, he has complaints against fucking everybody.  Don't say that to anybody, but he has complaints with everybody that fucking had contact with him that day.  The only reason this is going forward is cause our asshole IA guys just send fucking everything, make a big deal outta everything.

BB: Yeah.  They send it all up to the hill.


SC: Yep, it goes as high as it can possibly go.

BB: Ah, Jesus.

SC:  But I'm freaking out. These, this is like serious shit, dude.  They wanna, they wanna lock me up.

BB: Yeah, I, I looked it up, I looked up the, uh, thing.  It's like 18 USC 242.

SC: Yeah.

BB: On the front of it.  I looked it up.

SC: Yeah.

BB: It's crazy shit.

SC: What, what charge is that?

BB: It's uh, color, it says, I remember looking at it, it says color of law.  And, um, uh, uh, violation of civil rights.

SC: Yeah, that's like federal, like I'm going to jail for a long time shit.

BB: That's some cra-, it said, I remember it said up to a year, no, no, up to 5,  it said the penalty, too, in the statute book, 'cause we've got them all over the office.

SC: Yeah.

BB: I, it's

SC: Color of law nothing, man.  I asked the guy to get out of the van, he wouldn't, I climbed up in, I grabbed him, and, I, I, he left the van, he left under his own power, he walked to the cage, he

was never on the ground, you know.  Fuck him, fuck 'em all.  I just, I don't know what to do anymore.

BB: Yeah, I remember reading his report.

SC: Yeah.  But, yeah, they're trying, October 17th. Jesus Christ.

BB: Yeah.

SC: This has been going on since fucking last August, dude.

BB: I know.

SC: How do they keep this shit in front of the grand jury that long?  This started two weeks ago, three weeks ago.

BB: I know.  I don't know how they keep doing it.

SC: I have no idea.

BB: Yeah.  Fucking they told me, when Payton called and told me that, uh, Ramsey had gotten subpoenaed and so had Brewster.

SC: Uh huh.

BB: You know, I was like, oh my God, what the hell is going on there?

SC: Yeah, all you got to do is stick with your story, you know, that, that, that's it, that's the bottom line.

BB: Yeah.

SC: The people that don't are gonna end up being fucked, too.  So, that's how they, that's how they fuck you.  They come back and you say something out of your report, that's how they, that's how they get you.

BB: Yeah.

SC: No matter what they fucking say, oh we know, we know something else is going on, no, if they did, dude, this would have been over already.

BB: Yeah.

SC: They're just throwing a net out, and, unfortunately, they catch Ramsey, who's a retard.   And they're just trying to catch some more retards.  Fucking

BB: Right.

SC: Say something that didn't happen.

BB: Right.  It's fucked up.

SC:   It's a fucking mess.

BB: Unbelievable.  Yeah, that place has gone to hell in a handbasket.

SC: Yeah, it's a me-, dude, it's Rivers.  Rivers did this, this, this was all him.  I thought about calling you, but then I was like, nah, I don't want to fucking bother him.  I don't want to get him nervous or anything.  I don't know if they're even going to call him.  Somebody was like have you talked to double B, and I said, no.  I don't know if they're going to call him, he's not here.

BB: Yeah.

SC: I don't know how big of a deal they're going to make out of it.  But this bandit motherfucker's going like, you know he's on the phone with 'em everyday, wondering, he thinks he's got some sort of groundbreaking civil rights case.

BB: Right.  He thinks he's getting money.

SC: Dude, that's what he wants, that's exactly what he wants.

BB: Right.

SC: But, I just, you know, I don't have the money for an attorney, this motherfucker gets a free attorney.

BB: Yeah.

SC: So, it's just, it's killing me, dude.  My whole fucking life is in a shambles right now.

BB: Yeah.  You still living at that same place?

SC: Yeah.  Still, yeah.  Well, you, yeah, well, I don't know, was I here, was I in the ghetto when...

BB: Yeah.

SC: I wasn't living with Lydia anymore, right?

BB: No, no, you had moved out.

SC: Yeah, yeah, I'm still here.  I love it here.  Pete, Pete, and Jimmy stopped by last night and we

went out and had some beers.

BB: Oh yeah?

SC: They're good guys.

BB: How's he doing?

SC: He's, they're, they're doing alright.  They're, you know, Pete's got his shit going on.

BB: What does he have?  I, I heard that, too.  Fucking

SC: I don't know.  He don't talk to anybody about it.  He don't say anything.

BB: Yeah.

SC: But, yeah, they're, they're going all the way with this.  They need a fall guy and I'm gonna be it.  And, um, I've got a bad feeling about it, too.   I just think I'm going down.  I think that, you know, somebody's going to get in there and spill their fucking guts and I'm going to go to jail.

BB: Yeah.

SC: And, it's just, sucks, but,

BB: Jesus Christ.

SC: It's just the situation I'm in right now.

BB: Right, and fucking, that guy and his report.  With his trademark name.

SC: Yeah, and yeah, and I lau-, you know, Joe DeLuco grabbed the report.  He read everybody's report.  He read yours, he read everybody's.

BB: Yeah.

SC: He's like what's the problem here?   I said I don't know.  I don't get, he's, like, you know this guy's obviously crazy.  Everybody else, even Ramsey's was kind of, like, not so bad.  I think his issue is that he, he told them that somebody made him change his report, and he said that he felt threatened here, people were threatening him and it all is, all it is is that nobody likes him.

BB: Right.

SC: And he used this as a clever way to get out of

BB: Superior Court.

SC: Number 1, getting in trouble for changing and going off his, going off his report, yeah, and like, just to get out of here.  And it worked.  You know, they moved him, like, literally overnight.

BB: Yeah.

SC: To, fucking, uh....

BB: Where is he at?

SC: Alexandria.

BB: Oh my God.


SC: But I mean, I wouldn't even, we were talking and, I'm, I'm on my phone all the time, I'm pretty open about what happened, and I, they're probably listening in on my phone, you know?

BB: Jesus.

SC: It's a fucking disaster.

BB: Yeah.  Yeah, fucking crazy.

SC: Color of law, like, the dude, nobody, nobody was hurt, there's no injuries, nobody was fucking injured, that, that, all it is is this dude throwing a fucking fit 'cause he wants to be paid.

BB: Yeah.

SC: And they're taking it and they're running with it and I don't get it.  I don't understand.

BB: Yeah.

SC: I just don't get it.  I don't know why they picked it out of all the other shit that happens in that place.

BB: Jesus.

SC: I don't know, dude.

BB: They had asked me if I wanted to take a fucking polygraph, too, when they were interviewing me.  That's fucked up.

SC: Fuck them.  No fucking way.  I'm not hooking myself up to any fucking machines.

BB: Yeah.

SC: Why would you do that? I mean, they're notoriously, they're not reliable anyways.

BB: Yeah.

SC: That's not.  You can't submit that anyway.

BB: Yeah.

SC: What'd you tell them?

BB: Oh I said, uh, I said sure.  Sure.  Fine.

SC: That, that's, they're bluffing.  Dude, they're fucking, pulling out all the stops for this, dude.

BB: Yeah.

SC: Oh my God.

BB: I, I just wanted to give you a heads up, and let you know what's going on.

SC: I appreciate it, dude.  I mean, I don't want you to worry.  There's nothing for you to worry about.

BB: Right.

SC: They, they're just, nobody else is gonna fucking, they're not gonna make anybody take the polygraph, dude, not for this.  I'm not hooking myself up to one of those fucking things.

BB: Yeah.  They just kept delving, you know what they kept diving at is that, uh, my report, I mean, uh, they were just diving at it, I mean, just striking, like punching.

SC: That's what they're going to do.  They're going to try to scare you.

BB: Yeah, I mean they were saying, I mean, come on, man, it looks, it looks exactly the same as his, you know.

SC: You were standing right there, of course it does.

BB: Yeah.

SC: What's wrong with that?

BB: Yeah.

SC: So that should be a good thing.

BB: I agree, I agree. I agree that's, uh, I kept trying to push it.

SC: Who cares if it looks, what is the issue with them cause that's what happened.

BB: Yeah.

SC: That's so what?  It looks the same as mine.  See, they're just, they got, there, there's nothing there, dude.  They're gonna, they're gonna try to push and push and push until somebody says the wrong thing, and it, it, it's just a fucking witch hunt, man.

BB: Yeah.

SC: I don't understand.  This is, like, I don't, I don't, I don't know why it's, this is happening.  I just, it looks the same, it doesn't really, I mean, it doesn't look the same.  You were standing right behind me when this happened.  I mean.

BB: Right.

SC: Why wouldn't it be, why would it be, like, what do they want you to write, I mean.

BB: Yeah.

SC: What, what, what else would it be?

BB: Right, right.

SC: And they're going to try to say we sat down and fucking, we did, we actually didn't.  I think I wrote my report and turned it in and you wrote yours and I think I, I saw it.

BB: Yeah.

SC: (unintelligible).  And it's not like we sat down and got, you know, got together and

BB: Right.

SC: Came up with this story.

BB: Oh no, I agree.  I know that.

SC: It's nuts.

BB: Yeah.

SC: This motherfucker wants to get paid and he's probably going to get his wish. I'm either gonna be in jail or he's gonna sue me civilly.

BB: Yeah.

SC: Either way, I'm gonna be fucked. I mean, I don't think that it's just gonna be simple. It never is with me, it's always a fucking mess.

BB: Yeah. Fuck.

SC: But, as long as it's, as long as you stick to that story, 'cause they're gonna try, they're gonna try and try and try.

BB: Yeah, oh yeah.

SC: That, th, th, th what happened is what we read, wrote in our reports. That's what fucking happened.

BB: Yeah. I hear you, man.

SC: I mean, I don't know. I don't know why they coold dig and dig and dig and dig for this shit. It just doesn't make any sense.

BB: Fishing.

SC: Your reports are the same. No shit, 'cause that's what happened. That's the story, that's wh, what happened down there.

BB: Yeah. Yeah, and, and that's the thing, is that it's Sharpstene and I, you know?

SC: Uh-huh.

BB: So, I'd, hopefully, uh

SC: And you guys are the ones who were closest to that, so of course they're gonna dig and dig and dig and dig and dig with you guys.

BB: Right, make shit up. Threaten shit.

SC: Because they, they got this bandit and a couple other bandits spouting bull shit about what went on that day.

BB: Yeah.

SC: And, that's what they're, they're gonna roll with.

BB: Yeah

SC: They need, and, they're, they're, those guys aren't credible.

BB: Yeah.

SC: So they need, they're, they're looking for somebody credible, they're digging around for somebody credible to come out and say oh yeah, he fucked 'em up.

BB: Yeah.

SC: Well, where's the fucking doctor's report?  If I punched this dude 10 times in the face with a closed fist...

BB: Yeah.

SC: There'd be marks.  I mean, I don't understand how, it's just common sense.  Nobody was hit, nobody was hurt.

BB: Yeah, I hear you.

SC: Dude, this is fucking horse shit.  But, uh, I can't believe they're gonna drag it out til fucking October.  That's crazy.

BB: Yeah.

SC: I gotta call Sharpstene.  I, I didn't think I was gonna have to, but fuck.

BB: Yeah.

SC: But I mean, it's nothing for you to worry about.  I'm the one who's in fucking trouble.  I'm going down.

BB: Yeah.

SC: Rivers was like, are you saying, telling people you might be going to jail? I said, yeah, of course, I might be.

BB: Yeah.

SC: And he goes, don't do that, you know.  It, you're being arrogant, I said, no, it's not arrogant.

BB: Well he may take that as an admission of guilt.

SC: That's what people said, too, but I said, no, I, I said that's not, I don't have enough faith in the

system to believe that...

BB: Uh huh.

SC: People that, that, aren't guilty, that, that's like saying that's locked up committed the crime they were accused of.

BB: Right.

SC: Of course that's not true.  It's a human run system, of course that there's, there's gonna be mistakes made.

BB: Yeah. Yeah, I hear you.

SC: I don't believe for one second that there isn't people locked up that don't deserve to be locked up.  I never thought that, you know.

BB: Yeah.

SC: And I said I don't have enough faith in the system that 10 deputies getting up there saying nothing happened and the one bandit going yeah he kicked me in my face, that they're gonna go with the bandit.

BB: Yeah, yeah.

SC: But, yeah, somebody, somebody said the other day, (unintelligible) I think was in the cellblock.  He's, like, I heard it's all going away because they don't have any evidence.  I'm like, dude, stop saying that shit.

BB: 'Cause it gives you a false sense of security.

SC: And I have never thought that.

BB: Yeah.

SC: I, I have never once thought that this would go away.  I think that, they're just gonna go all the way with it.  You know.

BB: Yeah.

SC: And they really don't have anything, 'cause if they did, it would have, it would be over by now.

BB: Right.

SC: It would be, I would have either gone to trial or, or they would've had something, something solid. There's nothing solid out there.

BB: Right.

SC: It's just fucking nuts.

BB: Yeah.

SC: But I'll, uh, let me let you go, I just pulled into my driveway.

BB: Oh, okay.

SC: But, uh, I'll give you a call if I hear anything. And then, give, give me a shout when, you, if anything's going on.

BB: Yeah.

SC: If anything changes.

BB: Yeah, I'll give you a holler. I, uh...

SC: I appreciate you.

BB: Yeah.

SC: How's everything going out there?

BB: Ah, it's good. I love it out here.

SC: No shit, what are you doing?

BB: Dude, everything. Everything. Warrants, I'm the radio guy, Nextel guy.

SC: No shit.

BB: Yeah. Oh yeah, I went on for my first detail, four years in, finally went on my first detail out to California for three weeks.

SC: Oh, nice.

BB: Yeah.

SC: No shit.

BB: For the AB trial, the Aryan Brotherhood trial.

SC: Oh yeah.

BB: It was a bl-

SC: What do you think about this grandfather thing, you must be in one of the first classes?

BB: Yeah, I'm setting up to be, uh, one of the first two, they notified me, uh, my Marshal-in-Chief said they got an email from headquarters, they gave me the email too.  Said that I'm, I'm in the position to be in, uh, I'm in the first, of the first, 82 people.

SC: Oh, no shit?  That's good.

BB: Yeah, yeah.  I'll talk to you later about it.

SC: Yeah, just let me know what's going on, man. I, I appreciate you calling me, dude.

BB: No problem, man.

SC: Alright, man.

BB: Talk to you later.

SC: Bye.

BB: Bye.

Consensual Monitoring Transcript
October 23, 2006
Transcription completed by: SA Jay Greenberg

Bryan Behringer          BB
Stephen Cook             SC
Jay Greenberg            JG

JG: This is Special Agent Jay Greenberg.  I  with Bryan Behringer.  We are about to place a call to Steve Cook at 571-242-8942.  Today  date is October 23, 2006, and the time is approximately 5:34 pm.

Cellular provider automated operator voice: Please hold

SC: Hello?

BB: Cook.

SC: Hey, what  up, man?

BB: Hey, it  Behringer.

SC: Hey, what  going on?

BB: I, uh, I just got done meeting with those attorneys for the government.

SC: Yeah.

BB: Oh my God.  They gave me a subject letter.

SC: A what?

BB: A subject letter.  Are you at home or you, at, at work still?

SC: No, I  at, actually at Lydia  house.  I  dropping the dog off.  I was dog sitting.

BB: Oh.

SC: What  a, what  a subject letter?  What does that mean?

BB: They want to charge me with obstruction and false statements.

SC: Charge you with what?

BB: Yeah.

SC: Dude, they can , they can  charge you with that.  You didn , you didn  do anything.

BB: Yeah, they were, they were, they, they gave me the subpoena.  I came out here.  And then they gave me the, uh, then today we met

SC: Why?  Because you didn  go off your, you didn  tell  m something different than what you wrote in your report, did you?

BB: Oh no no no.  No.

SC: Well then how can they charge you with that?  (unintelligible) that shit, dude.

BB: They, they knew, well just listen.  They knew, they knew exactly what happened down there.  They were blowin, I mean they were,  ause I didn , I mean, I wasn  answering a lot of questions.  And they were just like, and we know this, and we got this, and we know that.

SC: Bryan, they don  know anything.  If they did, this wouldn  have been going on still.  They want somebody to, to, to break and say, Oh my god, that  exactly what happened.  They don  have anything.  If they did, they wouldn  have to talk to you, dude.

BB: Yeah.

SC: They wouldn  have to talk to anybody.  I would already be in jail or whatever they want to do to me.

BB: They, I, I, this is throwing me into it.  This is just, that, holy cow

SC: All you gotta do, you e in the best position to say, listen, to, whatever, dude, say what you want to say.  I got, it happened a year ago.  I don  fucking know.  Whatever I got to say, it  written in my report.

BB: Yeah, well I

SC: They can  fucking.

BB: They e throwing

SC:  The only way they can charge you with anything is if you say well, yeah, ok, yeah, he, he did something other than what I fucking wrote in my report.

BB: Yeah, they, they, yeah, they e, they e all over this, man.  Crazy.  They, I mean, to a T, and then, they, they, they tried to jump all over my report.

SC: Well that  what they e gonna do.  If they got, if they know what  going on, then how come they gotta grill anybody?  How come people aren  being charged?

BB: I

SC: So what did, what did you talk to them about, then?  It wasn  the Grand Jury, it was just a meeting with attorneys?

BB: Yeah, no, they wanted to meet before, tomorrow  Grand Jury for Christ  sake.  But then they gave me this subject letter, they go over my rights, they go over my Fifth Amendment rights and they go over everything like that. I

SC: So what did you tell them?

BB: No, no.

SC: Are you allowed to talk about it?

BB: Not really.  No, they told me

SC: Ok, well don  tell me anything that you e not supposed to tell me.

BB: No, I know that.  I know that.  And it, they were just, no, I know that.  I  not going to.  It  like, it , they were, they were, uh, man, that report, it, they were all over that, and, and trying to jump all over it.

SC: Well, what is there to be all over about?  The fact that they e both, our reports are similar?  Who gives a shit?  I mean, that , usually that would be a positive.  They can turn that into a negative.  They don  have, dude, they don , all they got is this guy saying that he was fucking, his rights were violated.  They, if they had anything, and if they had it all fucking figured out, they wouldn  have to talk to anybody.  This wouldn  have gone on for a year.  All they need, all they e trying, they e looking for somebody to fucking break and say Oh my god, yeah, this is what, and that, you don  have to fucking tell  m anything.  Especially if they e talking about charging you criminally.  You can say, well I don  have anything else to say.

BB: Yeah.

SC: You know?

BB: Yeah, if, if, I mean, if I go into there, when I, when I go in there tomorrow, I mean, that the thing, is if, uh, if they ask me that report is truthful, and I, and I say yes, I , I, you know, I , I gonna say yes, I not , I not worried about it.

SC: Well that all you have to say. Bryan, they can , you gotta, you gotta listen to me. They cannot, they can tell you what you fucking saw. They can do that, I mean, you, you e in deep shit if you go off your report.

BB: Yeah.

SC: I mean, that a huge problem.

BB: Yeah.

SC: And then, and then, it , I don give a shit what they tell you, it all sorts of issues for you and for me.

BB: Yeah.

SC: If you, if you start saying something different than what in the report, you, it, it that fucks your whole career up.

BB: Yeah, oh, I hear you on that.

SC: I mean, it just, it, they don have, if this, if they knew, if they had, all they need is somebody credible to say, Oh my gosh, he was, fucking, he ruined him. He kicked him in the face. Or whatever he, whatever he saying I did, I guess. His report says I punched him 10 times in the face. Which is ridiculous. All they need is somebody to say that, that that what, that, yeah, whatever he says, that what happened. Then I fucked.

BB: Yeah. I mean, it, it, yeah, they were just, they were so focused in on that report. I mean, that was just kicking my butt.

SC: What, what about the report, is, is, has got them all upset? I don understand what so fucking fucked up about that report.

BB: They, they were about, I, I  just, I  trying to think it over in my head from when we were talking.  We were there, it was like, three hours of back and forth.

SC: That  because, Bryan, listen, if they, if they e saying, if they got it all figured out, why the fuck do they gotta spend any time with you at all?

BB: Yeah.

SC: That, that, that  the thing.  There  nothing wrong with that report.  They can  force you, uh, you don  have to tell them a fucking thing other than what  in that report.  It  the perfect, it  the perfect time.  I mean, it  been, if they hadn , I mean, if this, if this happened like two weeks ago, I can see  m picking it apart.  It, dude, it was over a year ago.

BB: Yeah.

SC: All you gotta say is fuck, I don  know.  I don  remember what happened, and whatever  in my report, that  what happened.

BB: Right.

SC: I don  know what the fuck happened, I have no idea what the fuck happened, I, whatever I wrote, that  what happened.

BB: Yeah.

SC: I mean, if they got it all fig-, dude, they e been digging around this, fucking with  thing for over a goddamn year.

BB: Yeah.

SC: And this fucking prick is, is, is just convinced that his rights were fucking violated.  It  insane.  It  insanity. Are you in town now?

BB: Yeah. Yeah, I  at

SC: No shit.

BB: Yeah. Fuck.

SC: I thought they withdrew your subpoena.  And then Brewster told me that that wasn true.  (unintelligible) they were subpoenaing you.

BB: Yeah, no, they, they did, they withdrew that one then they, they reupped it

SC: What the fuck, dude?  They e just digging, they e digging around.  It , it a hunting expedition.  And it , it just, it ridiculous.  And what do they do?  They coach you?  They tell you this is what you e gonna say when you go into Grand Jury?  How does it work?

BB: No, no, they just went over, they went over the questions they want to ask , uh, they want to ask me.

SC: And they want to ask you if the report is truthful?

BB: Yeah, they want to know if it  exactly right.  And that , I mean

SC: Well, if, if the answer to that  no, then they e fucking made.  They e got it made.  And then you e fucked, because you e going back on, on a report.

BB: Right.

SC: And everybody  fucked all along the line, really, really to be honest with you.

BB: Yeah.  I, I, fucking, yeah.

SC: I mean I  not telling you what to say dude.  I  not gonna sit here, I could, I  not gonna

BB: Uh huh.

SC: get in trouble over, I  don  even know if I  supposed to be talking to you.  I  don know how this shit works.

BB: I know.  I  just trying to give you a heads up.

SC: Yeah, I appreciate it, dude.  I appreciate you staying in contact with me.  You didn have to do that, you know.  I, I had no idea what the fuck was going on, you know.

BB: Yeah.

SC: It , they, they can ask you if that  truthful all they want.  What the fuck does that have, yeah, of course it  truthful, I wouldn  have written it if it wasn  truthful.

BB: I mean, yeah, I mean, it, that, that  what I e been saying.

SC: That  all you have to say.  They can dig all they want, Bryan.  They can  make you say, they, and they e gonna tell you all sorts of crazy shit.  We got conflicting reports.  So and so said this.  So and so said that. They e fucking full of shit.  They e lying.  They e not, they e doing whatever they can to make this fucking case.  These people are just like me and you, dude.  They e just, you know what kind of fucked up academy the FBI goes through.  You know how these fucking attorneys are. Fuck them.  Don  let them bully you.  They e nothing.  They e just like me and you.  They got nothing, there  nothing they can do to you if you just say yeah, whatever  in that report is what happened.  There  not a damn, goddamn thing they can do.

BB: Uh, fuck, but if that, it, I know, I know that, I know that, I know what you e saying, I know, I  just playing it out here, you know, and talking, it  like, I mean

SC: Yeah, yeah.

BB: It  in front of the Grand Jury for God  sakes, dude.

SC: I know.

BB: That , that , if I lie to the Grand Jury, I  fucked.  And if, see, that  not, you know, obviously no one will know if I lied un-, unless it comes out that way.  But

SC: Yeah

BB: It , like, I, you know, when, if, if it does, and if it would go to trial and it comes out that I did for some reason, I mean, I  screwed that way.

SC: Right, the, the only way that, that it would ever come out is if you said yeah, I lied.  I mean, that  how they, that  how they fucking catch people.  How are they gonna know?

BB: Uh huh.

SC: I mean, dude, I don  care if they show me a fucking videotape of, of somebody being beaten up.  I  gonna (unintelligible), I have no idea what that is.  Read my report.  That  what happened.  I mean, I don , there, they, there  no way, first of all, this is a bigger picture anyways.  I  a, piece in a, in a big picture.  They, they need to, they got, I mean they had all of management, they had all of management

BB: Yeah.

SC: over there grilling them.  And they need, they need somebody to go down for that place.  And it, it , it  looking like I  the one that they want.

BB: Yeah.

SC:  ause it  been so out of control there for so long.  And I got, I think they threw a net out, and, at the, at the same time they threw this net out, I happened to have words with an asshole in the basement that  convinced that his rights were violated.

BB: Yeah, that  what

SC: So, in the, in the, and in the process of that, I  sure he , he  on the phone with  m everyday, how  my case going?  He thinks he  got this giant groundbreaking case against the Marshals service.  And it, it  really a non issue.  Of course they e going to pursue it. They e gonna say so and so said this, so and so said that.  The only way you get fucked is if you say yeah, oh yeah, you know, I , I  lying to you.

BB: Uh huh.

SC: They can  tell you what you fucking saw, dude.  They can , they e not in your head.

BB: Yeah.


SC: And tell them to take their polygraph and stick it up their ass.  You could take a polygraph and totally bomb it and it does nothing for, you can  use that in court. And you don  have to fucking take one.  I wouldn  hook myself up to one of those fucking things.

BB: Oh yeah.

SC: It doesn  mean anything.

BB: No.

SC: Tell them to go fuck themselves.

BB: No.  I wasn , I didn , didn  have to do that.  They, they were, they were talking about it, but

SC: No, they can  do that.  You don  have to take one.  You got an attorney right, did you talk to an attorney?

BB: Yeah, oh yeah.  Yeah

SC: Hello?

BB: Yeah, no, I  here.

SC: Oh, okay, I thought I lost you for a second.

BB: Oh, no, yeah, it, it , you know, it , it

SC:  I mean, don  tell me if you feel uncomfortable talking about something, don  talk about it.

BB: No.

SC: Just curious.

BB: It, it, I don  wanna, I, I  scared, I , I  not scared but I , I  like, wow, it , you know, it  a big thing on the head is to lie to a Grand Jury but I don , I mean it, who cares?  Or not, who cares, but we need to get the whatever happened

SC: All they need is somebody to go in there and say, yup, he beat, beat his ass, and he fucked  m up, and you e fucked  ause you wrote something different, and everybody along the line that wrote something, some, what we all wrote, is fucked.  And it , it , just, you know, you can , this guy  saying it.  Who gives a shit what some other bandits on the van say?

BB: Yeah.

SC: The reason they e talking to you is because they don  have anything else.

BB: Yeah.

SC: That , they keep going, eventually they e going to talk to somebody who hates my guts and says oh yeah, as a matter of fact, he fucked him in the ass.  They, the dude, they are talking to, they have done everything but go to my high school, the people I went to high school with.  They don  have anything, if they did, it would have been resolved months ago and it would be, I, uh, I  be in jail

BB: Yeah.

SC: or found not guilty or whatever the fuck they want to do with it.

BB: Yeah, yeah.  They got

SC: Just fishing.

BB: They were, they were telling me they got other guys, other, other law enforcement talking, other, like Ramsey, and, uh, they say they got Sharpie.

SC: I thought they didn  talk to Sharpstene.

BB: Ah, but that  what they e telling me.  I don  know, who knows, but they got and they said the MPD cop that day.

SC: Well, I  sure they e talking to everybody.

BB: Yeah.

SC: I  sure there  all kinds of people that

BB: Yeah.

SC: they e talking to.

BB: Yeah.

SC: Who gives a fuck what they say.

BB: Yeah.

SC: I mean, you don , who cares what they say.  Let, let that play out in court if it, you know, it doesn , don  try to pick the winning side.

BB: Yeah.

SC: The only way you get fucked is if you say, if it comes out that you, you, you fucking get skittish and you e like, yeah, I lied.  I  lying.

BB: No, no.

SC: I told you guys.  Cause who gives a fuck, who, ok officer so and so says that Cook was beating the fucking shit out of him.  So, that  not what I saw.  They can , they can tell you what you saw.

BB: Yeah, but then that, just the fact that it  a false report will come out later.  Because they l see that, I mean, if they get enough people, that  what , uh, I mean, uh,

SC: (unintelligible)

BB: I  not flipping, I  not saying it like that, I  just

SC: No but that  not how it works, though, dude.  If you, you see what you see.  They can , so what, somebody else says something else.  Somebody else, maybe their report is false.

BB: Yeah.

SC: You know, I know, I know what Ramsey wrote.  I looked right at it.  We all know what Ramsey  take was on the thing, he wanted to get the fuck out of there.

BB: Yeah.

SC: They e talking, dude, they e talking to everybody.

BB: Yeah.

SC: I mean, it  not a big surprise, they talked to, yeah they talked to the MPD guy.  So what.  I don  even remember there being an MPD guy in there, to be honest with you.  I mean, half the time we make them stand outside, sometimes they e allowed in, and I don  know, I don  remember seeing anybody there.

BB: Uh huh.

SC: So, who, who gives a shit what, what anybody says.

BB: Yeah.

SC: I gotta call Sharpstene up, too, because somebody told me, think it was Brewster, said, nobody talked to, I  sure they will talk to him, but nobody had the last time Brewster talked to him.

BB: Yeah.

SC: And the whole bottom, the bottom line is if you go off your report, you e, you e, you e fucking yourself.

BB: Oh yeah.

SC: I mean if he tells them something different than what  in his report, he  in just as much trouble as anybody else at this point.

BB: Right.

SC: I mean, and like I said, I am not telling you what to say.  You, you know, it  just that, they don , you, you, you get yourself in trouble, but make them fucking do it, make  m work their case, make  m fucking make this case.

BB: Yeah.

SC: Fuck them.

BB: Yeah, I just, I, all I  saying is I just want to, you know, if I stick, I  gonna stick  to the report, but  I mean, it  like, if I go in there and fucking lie to that Grand Jury, I  fucked.  I mean, if they

SC: You e not fucked.

BB:  That, that, that  if they find out.

SC: Man, how they gonna find out?  What, are you gonna tell them?

BB: No.

SC: You e not gonna fucking tell them, so how would they find out?  There  no way that they can find out, dude.  I don  care what they say, oh, look, why are you sweating, why are you, so what, I  nervous, yeah, of course, I  nervous

BB: Yeah.

SC: It  nothing.  It doesn , their observations mean nothing.  They do that, you know how it works, dude.

BB: Yeah.

SC: You e been through all the same classes that these guys have been through.  They make people nervous and the only way it goes anywhere is if somebody, g, g, g, gives themselves away.

BB: Yeah, I know.

SC: Not that there , not that there  anything going on here, but it  just, people, people, yeah, ok, alright I was fucking lying to you.

BB: Yeah.  Yeah, and (unintelligible) I know all it takes is for one person to flip like that.

SC:  That all, and that  exactly it.  And I mean, if they have, if they have all this shit that they e saying they have, then why do they need you?

BB: Yeah.

SC: Why do they need you?

BB: Well, because I was one of the, the, this is my thought is that, because I was one of the two people that was sitting right down there.  And that  why they, they e focusing on me.  You know?

SC: Well, I mean, how come it took  m so long to do this?  Because they couldn  get anything from anyone else.

BB: Yeah.

SC: How come they didn  talk to you, this is fucking, as soon as this thing started rolling?  I mean, they e talking to, to people that had nothing to do with it, dude.

BB: Yeah.

SC: People that were in the cell, that were signed in that day.

BB: Yeah.

SC: Why would you be the last fucking person? You know why?   ause they had nothing, they have nothing, they talked to everybody, and everybody  either like that  not what happened, or they e like, I have no idea what happened, I wasn  down there.

BB: Yeah.  Yeah.

SC: So, they e like, alright, well who else can we talk to, well let  talk to this guy.  Well, let  talk to this guy.  Let  talk to, and, all it

BB: Yeah, they wanna talk to everybody.

SC: This, this, yeah, and, you know, it , eventually they e gonna talk to somebody that doesn  like me.  Well, they du-, they did, Ramsey  the one, he was all happy about leaving, he was like, yeah, I  getting out of here, I  getting out of here, they, they gave me a deal.  He  running around telling people he got a fucking deal.  It  a fucking mess.

BB: He got a deal?

SC: And I l be goddamned, that  what he told, yeah, they moved me,  ause he  not in the office anymore, you know that, right?

BB: Yeah, yeah.

SC:  ause he was telling people, oh yeah, he  like, I got a deal, I got a good deal.  And you know what?  So what does that mean, I go to jail?  Motherfucker, what the fuck is your problem?

BB: Yeah.

SC: Stupid motherfucker.

BB: (unintelligible)  Yeah.

SC: And I don  think, to be honest with you, I don  even think that they e gonna be able to use anything he said, because they moved him.  How do you do a guy like that a favor, like, oh, okay, we l get you out of there, and then, my attorney will have a field day with that.

BB: Yeah.

SC: You know, you can  use anything the guy says, you did him a favor, you fucking moved him.  He l say anything you want him to say.

BB: Yeah.  No, they were talking about Ramsey today, too.  And, uh, I told them, I heard that he was moved, and, you know, they told me, they said he was moved because he, he uh, because he told the truth, that  why he said he was moved.

SC: Oh horseshit.  Well, what, what the fuck does that

BB: Yeah, I know.

SC: Well he, he told them that he was threatened because

BB: yeah.

SC: when management went over there, the topic of discussion, see that  another little thing, they e using every little thing.

BB: Yeah.

SC: Oh look, yeah he told the truth, we had, no he didn

BB: Yeah they said

SC: Management went over and

BB: No go ahead.  I was gonna say

SC:  The whole, the whole topic

BB: Yeah they said that, um, on top of that, they said that, that when he told the truth, he said he was scared.

SC: That, that  the thing, he went over there and he told everyone that, they, he was threatened.   ause that , the, like the day after they pulled everybody in from fucking management and they e like what the fuck is going on? And, nobody had any idea.  That fucker wasn , he told them that he was being threatened at work.

BB: Yeah.

SC: No, nobody likes him at work, you e, you e allowed to not like a guy.

BB: Yeah.

SC: Nobody threatened him, dude.  We don  have to like him, but I can guarantee you with a 100% certainty nobody threatened that guy.

BB: Yeah.

SC: Not, not, not, nobody said anything to him about this.  And he just, he was ignored, and nobody liked him but nobody liked him before this happened.

BB: Yeah.

SC:  ause he  an asshole.  Has nothing to do with this.

BB: Yeah.  Yeah.

SC: So, it, the fact of the matter is that, that, that there  nothing, there  nothing to this.  I mean, it  a big fucking problem

BB: Yeah.

SC: I mean, and I  taking it serious because it , it  me, I  the one they e fucking accusing.  Nobody else is in trouble here.  I am.

BB: Yeah.

SC: Regardless of what they say to you.

BB: Right.

SC: You e not in trouble.

BB: Yeah.

SC: Sharpstene  not in trouble.  I  in trouble.

BB: Yeah.

SC: So, of course I  freaking out about this.

BB: Yeah. Yeah.  I just, that  it.  I just wanted to let you know what  going on.  I mean, I, I wish I could talk about it, but I mean, that  the best part, I mean, that  the most part of it, is that like, that thing about Ramsey they were talking about

SC: Yeah.

BB: They just, they were, I mean, they were describing, they, they were describing it to a T. I mean, I, I, I like, where the hell did you get some of this stuff?

SC: Well, it because, every, peo, people are fucking, they, they, they e just saying what he says happened. I don give a fuck what they, what they say happened. That not what happened.

BB: Yeah.

SC: Nothing fucking happened. It a dude trying to get fucking paid.

BB: Yeah.

SC: That what it is.

BB: Well, yeah.

SC: It a guy trying to get paid. I don care what anybody else says.

BB: He , uh, yeah, I don know, they didn talk about your buddy, I mean, it just, they mentioned his name, but, fucking whatever.

SC: Yeah. Did he, this isn the only lawsuit he got against law enforcement, either. So they should have probably done their fucking homework before they went ahead and tried to push this forward.

BB: Right, well, it, it

SC: They got it

BB: I hear you, no I hear you, I hear you, it just

SC: Well I mean I don know if they know that, that the guy got two fucking pending lawsuits against for the both times that he was arrested but

BB: Yeah, I don know. But yeah they were telling about that MPD guy, that whoever the driver was, I don even remember who it, who it was that day. I couldn tell

SC: I don either.

BB: I couldn , I couldn  tell you who the hell it was.  No idea.

SC: What  they say that he said?  I, what the, what the fuck, what are they talking about?

BB: They were saying, they were saying that he said that, uh, that you yanked him out, and that you jumped, or, that you were, that he was on top of you, and that you guys were rolling around, and that you hit him.  That  what they were telling me.

SC: What?

BB: Yeah.

SC: That, I, what?  That he was, the dude was on top what?  The, dude, he was connected to 4 other people

BB: I know, I know.

SC: Ok, well this is just insane.  Well, that right there is a different story even from what he said

BB: Yeah.

SC: from what the bandit said.

BB: Yeah.

SC: He never said we were rolling around.

BB: Yeah.

SC: He said I kicked him in the face and I, I punched him, uh, at least ten times with a closed fist in his, in his fucking face.

BB: Yeah.  He  yeah

SC: Even if I did yank him out, what  wrong with that?  A noncompliant inmate

BB: Yeah.

SC: He told me to go fuck myself.  He  not getting off the van.

BB: Yeah.

SC: I mean, I would never say that in fucking court but really.  What if I had pulled him off?  I mean, what if I did?

BB: Yeah.

SC: What  wrong with that?  That, that don , isn  that part of, part of what they train you at the academy?  I even took the time to explain what was going on to that, that fucking asshole.  And they don , the, they, that  not, we e not, we don  have to do that.

BB: Yeah.

SC:  Do they ever think about that shit?  How come they never talked to Doc Long, he saw him shortly after that and said that there wasn  a fucking mark on him?  And the guy didn  want to see a nurse.

BB: Yeah.

SC: What about that part?  I was beaten, I was beaten.  Well, do you need to see, do you need medical attention?  He says no I just want to know, I just want to file a complaint.  Well hold on a second, now.  If you e that fucked up, maybe you should see a nurse.

BB: Yeah.  Yeah, I know.  I e, I hear you.  I hear you.

SC: It  a dude that wants to get paid, and, from the way it looks, he  gonna probably gonna get paid and I might go to fucking jail.

BB: Yeah

SC: So I mean

BB: You don  want that

SC: that, that, no, fucking, the fuck I know, I don  want that.  I mean, it

BB: Yeah.

SC: I mean I, I, I would like to think that Sharpstene would have called me

BB: Yeah

SC: if he was, if somebody talked to him.  But I haven  heard from him.

BB: Yeah.

SC: And Brewster said that he didn , that nobody had contacted him yet.

BB: Oh, it took forever for them to contact me.

SC: I know, and that  what I don  understand.

BB: Yeah.

SC: Why wasn  all this done initially?  Why didn  they talk to the initial people involved?

BB: Yeah.

SC: It  because they don  have anything.

BB: Uh hmm.

SC: I mean yeah, so people might, some people may have been saying shit, but who gives a fuck what they say.

BB: Yeah.

SC: That  not what I saw.  That  not what happened.  I don  care who Joe, Joe, what Joe Blow says, that , that  his, that  his fucking prerogative.   He can say what he wants.

BB: Right. Right.  Yeah.

SC: The only way they do anything is if they, they, they gotta have a confession.  You don , you can , you can , do, go off of, so what, ok, so somebody saw something different.  Eyewitness testimony is notoriously just bullshit testimony.  You can  do anything with that.

BB: Yeah.

SC: And of course everybody saw something different.

BB: Yeah.  Yeah.

SC: It  a fucking nightmare, dude.  They held me up over a fucking year over this shit.

BB: Yeah.

SC: And it  really a non issue

BB: Now is that, they got you over at PC now?

SC: Yeah, they fucking booted me out of court support.

BB: What did, Brewster told me that, what happened?

SC: Nothing, they just, there was a big uproar in the long room one day and I really honestly I wasn  even really involved in it.  There was a big fight in there about me having to write a memo because some lady at the fucking front desk of the cellblock, some court employee, came and wanted three copies of the lock up list.  And I told her, I said I can  give you three, you know, there  a lot of people who want  m, we just don  have enough, and she said well then you need to make me three copies.  I said, so hold on a second.  I said, I  not making you copies, I don  work for you.  And she said, well, I don  make copies.  I said well you might have to today  ause I  not fucking making  m for you.


{End of side A of tape}

SC: Initially, but, she went nuts, like, before I could get the words out of my mouth

BB: Yeah.

SC: that we just didn  have enough, she was throwing her hands up, screaming bloody murder

BB: Uh hmm.

SC: I don  make copies, she tells me.  I don  have time.  I said, wha?  Dude, you don  have time to make three copies but you can run around all day trying to hem me up because I may have been short with you.

BB: Right.

SC: And she said, what  your name, and I said, I  not telling you my name.  I said you know why I  not telling you my name? Because you e just gonna run and get me in

trouble.  I said, you want to run and get me in trouble, you figure it out.  She said, I going to I l find out who you are.

BB: Oh man.

SC: I said, you go ahead and find out.  She said, I need to talk to a supervisor about this.  I said, no you don .  I  not getting a supervisor for this because it  not a big deal, supervisor  here are busy, you don  need to talk to anybody.  And I didn  get in any trouble for that.  But there was a big, big uproar, like a fucking mutiny in the goddamn long room, and I, I was joking around.  I, I didn  know it was as bad as it was.  But I was like, we e all gonna walk out.  It  a fucking mutiny.  And then Charlie, next day brought me around to talk to the Chiefs, and it was really like a non-confrontational, it wasn  like

BB: Uh huh.

SC: clear, they said, you e not in any trouble but it might be best to get you out of this environment, Charlie said he couldn  manage with me there anymore, he, he, he said I can  control the place with him here.  It was a bunch of bullshit.

BB: Wow.  Shit.

SC: But yeah, dude,

BB: Alright.

SC: I thought they were, I thought they  bring you in on a weekend so we could at least have a beer.

BB: Uh hmm.

SC: Although I don  even know if I  uh, I don  want to get in anybody, anybody in fucking trouble, so

BB: Yeah, no, I hear you. No, I  back at the hotel, I  just gonna take a shower and relax, and go to sleep.  It  been a long day.

SC: Yeah.

BB: I started

SC: Have a beer.

BB: I flew here, yeah, yeah, I will, I flew in this morning and then they, uh, they met with me, and it was for like three and a half hours or three hours or so.  It was

SC: Oh Jesus Christ

BB: Yeah.  So.

SC: What a fucking mess.

BB: Yeah.

SC: I mean, they can say, that  what they e gonna say, they e gonna say well everybody else says that something else happened from what you say.

BB: Yeah.

SC: I mean, of course they e gonna say that.  How else are they gonna get somebody to say, well, yeah, ok, you know, this, this is what happened, and, the, you know, who knows what anybody  saying and who knows what the fuck they e telling these people?

BB: Right.

SC: And what these people are falling for.

BB: Yeah.

SC: I mean it  the same thing, it  the same thing with John Working.  There was a deputy that said, oh yeah, you know, he slapped a guy and then it went from that to well I didn see him slap him, I heard him slap him, and then that went nowhere.

BB: John who?

SC: John Working, task force commander, he, the, uh, he was with the DC task force.

BB: Oh really?

SC: He  the inspector on the task force, yeah he was indicted, almost the same exact thing.  They went and they questioned everybody, they said you know, well, so and so said this happened, and you, you know, this, some, somebody said something else, something different

BB: Yeah.

SC: than what you e saying.  So what, who gives a fuck, tell  m, I don  care what anybody else says.

BB: Yeah.

SC: It  nothing to do with you.

BB: Yeah, yeah.

SC: But, uh,

BB: Yeah, I go tomorrow morn-, I go tomorrow afternoon.  So.

SC: Well Jesus, good luck, dude.

BB: Yeah.  Yeah, thanks.

SC: Tell me, tell me whatever you feel comfortable with

BB: Yeah

SC: I mean, I  not gonna

BB: I hear you.

SC: of course I  dying to know but if you can  tell me

BB: Yeah.

SC: then don , if you don  feel comfortable then don  do it, you know. It

BB: Yeah.

SC: but yeah, I  gonna try to find out what  up with, the, uh, you haven  talked to Sharpstene or anything?

BB: No, I haven  talked to him in a while.

SC: He would have fucking called me if something was going on, dude.

BB: Yeah.

SC: But, uh, yeah, let me get out of here, my fucking phone  dying.

BB: Alright, man.

SC: That  alright, dude, don  worry about it.  You know, just, fuck them.  I don  care what they tell you.  Fuck  m.

BB: Alright.

SC: Well, uh, give me a shout later, later tomorrow.

BB: Yeah, I l give you a holler.

SC: Ok.

BB: Alrighty.

SC: Bye.

BB: Bye.

JG: This is Special Agent Jay Greenberg.  The time is approximately 6:01 pm.