IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-192 |
| | ) | |
| STEPHEN COOK, | ) | Hon. Ellen S. Huvelle |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT STEPHEN COOK'S PROPOSED VOIR DIRE</u>**

NOW COMES Defendant Stephen Cook, by and through undersigned counsel, respectfully submitting his proposed additions to the Court's Voir Dire questions.

1. Have you, your spouse, or a former spouse ever worked for a federal or local government agency?

    If yes, please briefly name the agency, dates of employment and job title.

2. Have you or any immediate members of your family ever served in any branch of the armed forces of the United States (including military reserve or ROTC)?

    a. Which branch of service?

    b. When did you or your relative serve?

    c. Highest rank achieved:

    d. Occupational speciality:

    e. Duties:

    f. Place of service:

    g. Did you or this person ever see combat?

    h. Have you or your family members ever participated in Court-Martial?

        i. If yes, where, when, and under what circumstances?

3. Have you or a member of your family had any legal action or dispute with the United States or any of its agencies, or any office, agent, or employees of the United States?

   If yes, please briefly describe that effort and your level of participation.

4. Have you or has a family member or a close friend ever been a victim of an act of violence (or abuse), reported or not?

5. Have you had any contact with anyone in any law enforcement agency through your work, in your neighborhood or in your social life?

6. Do you, a family member or close friend work, or have worked, at the D.C. Superior Courthouse or had business with the D.C. Superior Courthouse?

7. Have you ever called the police for any reason?

   If yes, please explain the circumstances and describe how you feel the police or law enforcement authorities handled the situation.

8. Have you or a family member or close friend ever:

   a. Been arrested, charged with, or convicted of a crime?

   b. Been the victim of a crime?

   c. Appeared as a witness before any federal, state, or district court, grand jury or government body or agency (including any legislative committee)?

   d. Sued or been sued by anyone?

9. As a result of any arrest, have you, a family member or close friend ever been jailed, processed or otherwise detained by law enforcement?

10. Have you, a family member, or a close friend ever dealt directly or indirectly with a member of the United States Marshal Service?

11. Have you, a family member or a close friend ever been threatened, accosted, harassed, hit, or beaten by any law enforcement agent?

12. Have you, a family member or a close friend made or brought any claims or lawsuits against any federal, state, district, or local government agency?

13. Have any claims or lawsuits ever been made by any federal, state, district, local official or government agency against you, a family member or a close friend?

14. This case involves individuals cooperating with federal agents.  Do any of you have such strong feelings about the use of cooperating individuals, either positive or negative, that you would have difficulty being a fair and impartial juror in this case?

15. There may also be evidence from various witnesses who are employed as law enforcement agents.  Do you have any preconceptions regarding the use of such evidence that might prevent you from fairly considering it at trial?

16. You will hear testimony from law enforcement agents.  You should consider the testimony of such agents in the same manner as you consider the testimony of any other witness.  Would the fact that a witness works for a law enforcement agency affect you ability to consider his testimony in the same manner as the testimony of any other witness?

17. Have you ever moved, or considered moving, because you thought crime was a problem in your neighborhood?

18. Have you ever had a particularly good or bad experience with a civil lawyer, prosecutor, criminal defense attorney or any other lawyer or a judge of any court?

19. Have you, for any reason, sought counseling, treatment, or consultation with any

mental health professional or received inpatient or outpatient treatment for any type of mental or psychiatric condition?

20. Are you taking any prescription drugs?

   a. Do these drugs have any aide effects that you are aware of?

21. Are you, family members, or close friends employed in any capacity with the television, radio, newspaper, or magazine industry?

22. This case has received media attention. Do you recall reading, seeing, or hearing anything about this case from any source?

   a. Before coming here today, did you have any thoughts concerning this case, the defendant, or the crimes charged?

23. This case may receive media attention during trial. Does this matter in any way to you?

24. Is there anything about the nature of the charges in this case that gives you pause regarding your ability to evaluate the evidence regarding whether or not the government has proven the guilt of the defendants beyond a reasonable doubt?

25. Have you, your spouse, or a former spouse or close friend ever been represented by a union?

26. Do you have any strong views, positive or negative, about unions that would prevent you from being a fair and impartial juror in this case?

27. Have you, your spouse or close friend ever been under an internal work place investigation or dispute?

28. Do you currently supervise or have you ever supervised others while employed?

29. Are you supervised by others at your job?

30. There may be evidence in this case consisting of tape recordings of conversations taking place over the telephone called consensually monitored phone calls. Do you have any preconceptions about the obtaining or use of such evidence that might prevent you from fairly considering it at trial?

31. Do you have an opinion about the way our criminal justice system is working?

32. If you, a family member or a close friend have ever worked for a law enforcement agency, has anyone in that group ever been the subject or involved in an internal affairs investigation?

                         Respectfully Submitted,

                         **/s/ William B. Moffitt**
                         WILLIAM B. MOFFITT
                         Moffitt & Brodnax, Ltd.
                         11582 Greenwich Point Road
                         Reston, VA 20194
                         Phone: (703) 834-0204
                         Fax: (703) 834-0206
                         Email: wbmoffitt_esq@yahoo.com

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that the **Defendant's Proposed Voir Dire** was served upon the following individual on September 28, 2007 by electronic means through the ECF system:

John M. Cummings
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530
(202) 305-1637

                                                     Respectfully Submitted,

                                                     **/s/ William B. Moffitt**
                                                     WILLIAM B. MOFFITT
                                                     Moffitt & Brodnax, Ltd.
                                                     11582 Greenwich Point Road
                                                     Reston, VA 20194
                                                     Phone: (703) 834-0204
                                                     Fax: (703) 834-0206
                                                     Email: wbmoffitt_esq@yahoo.com