UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.  1:07-CR-192 |
| | : | |
| | : | Hon. Ellen S. Huvelle |
| | : | |
| **V.** | : | |
| | : | NOTICE OF APPEARANCE |
| | : | |
| | : | |
| **STEPHEN COOK,** | : | |
| | : | |
| Defendant. | : | |

Now comes the government, by and through its undersigned counsel, and gives notice that **DOUGLAS KERN** shall appear on behalf of the government in this case.  Please direct correspondence and related materials regarding this case as follows:

> Douglas Kern
> United States Department of Justice
> Civil Rights Division
> Criminal Section
> 601 D St. NW
> Washington, DC 20004
> w: 202-616-9664
> f: 202-514-8336
> E-mail: **doug.kern@usdoj.gov**

    Respectfully submitted,

**/s/ Douglas Kern**
Douglas Kern
United States Department of Justice
Civil Rights Division
Criminal Section
601 D St. NW
Washington, DC 20004
w: 202-616-9664
f: 202-514-8336
E-mail: **doug.kern@usdoj.gov**