

**U.S. Department of Justice**

United States Marshals Service

*Office of the Director*

---

Washington, DC 20530-1000
March 21, 2003

MEMORANDUM TO:   All U.S. Marshals Service Employees

FROM:   Benigno G. Reyna
Director

SUBJECT:   Reporting Requirement: Allegations of Misconduct

Integrity and reputation are hallmarks of the United States Marshals Service. Accusations of misconduct by our employees must be reported promptly, investigated and dealt with appropriately. To do less would harm our reputation of trust and integrity with those whom we serve – the American public and our own employees. The cooperation of each USMS employee is necessary to ensure all allegations of misconduct are properly and promptly reported.

USMS Policy Directive 99-33, Misconduct Investigations, establishes the policies and procedures for conducting investigations involving allegations of misconduct against USMS employees. This policy directive outlines the requirement for employees to immediately report allegations of misconduct to their immediate supervisor, the Office of Internal Affairs (OIA), or the Office of the Inspector General. Regardless of where notification is made, OIA should be notified as that office is also responsible for reporting and maintaining records associated with misconduct allegations.

The USMS is required to report ALL allegations of employee misconduct to the Department of Justice Office of the Inspector General (OIG). The OIG reviews the allegation and determines which agency will investigate. Thus, it is also important to note that District offices must not conduct preliminary investigations before reporting an allegation. While I understand the desire to investigate, the integrity of the process requires OIA approval to begin a misconduct investigation. This requirement, however, does not prevent supervisors from taking action to prevent further incidents.

Attached is a list of the type allegations that are to be reported, and the timeframes in which OIA must report to OIG.

Should you have any questions concerning the reporting requirements, please contact the Office of Internal Affairs at (202) 307-9155.

Attachment

Classification No. 1: **IMMEDIATE REPORTING**

Classification No. 1 - misconduct consists of non-frivolous allegations against any employee or contractor which, if substantiated, would constitute a prosecutable offense; and any allegation of serious misconduct against an employee or contractor with the rank of GS-15 or above. Serious misconduct is defined as any misconduct that, if substantiated, would warrant significant disciplinary action. No investigation shall be initiated prior to reporting allegations in this Classification to the OIG.

Reporting shall include the identity of the complainant(s), subject(s), witness(es), victim(s), details of the allegation(s), and any corroborating evidence, as soon as such information is known to management. <u>Initial reporting should not be delayed, however, to collect information.</u>

Typical Classification No. 1 allegations include, but are not limited to, the following:

- Bribery, Graft or Conflict of Interest including, the offer or acceptance of anything of value
- Extortion
- Fraud
- Theft, conversion or embezzlement of government funds or property in an amount greater than $100.00
- Sale, possession, or trafficking in illegal drugs
- Submission of false claims
- False statements
- Concealment, removal or mutilation of official documents
- Smuggling, including alien smuggling
- Trafficking in contraband
- Providing contraband to any person in custody
- Discrimination or sexual harassment accompanied by violence, physical force or other egregious misconduct

- Sexual conduct between employees and persons in custody, aliens[1], informants, protected persons, undercover operatives, persons under investigation, or persons seeking benefits from the Department

- Use of a firearm in a manner which appears to constitute a violation of law, or Department regulations

- Criminal civil rights violations

- Assault

- Facilitating the escape of any person in custody

- Unauthorized disclosure of sensitive information, including information in any electronic system

- Unauthorized interception fo wire or oral conversation(s)

- Attempt, conspiracy, obstruction, aiding and abetting, concealment or failure to report any matter in Classification No. 1.

---

[1] For the purposes of classification of allegations reportable to the OIG, alien means a person who is not lawfully within the U.S.

Classification No. 2: **FORTY-EIGHT-HOUR REPORTING**

Classification No. 2 - misconduct consists of non-frivolous allegations against any employee or contractor which involve violations of rules, regulations or laws that, if substantiated, would not likely result in criminal prosecution and that are not allegations of serious misconduct against an employee with the rank of GS-15 or above.

OIA will notify the OIG of the allegation(s), to include the identity of the complainant(s), subject(s), witness(es), victim(s), the details of the allegation(s), and any corroborating evidence, within 48 hours[1] of the time management learns of the matter. OIA may begin an investigation as soon as management of the component is aware of the allegation; however, OIG reserves the right to, upon notice, conduct the investigation. If the OIG gives notice that it will conduct an investigation, OIA shall terminate its investigation.

Typical Classification No. 2 allegations include, but are not limited to, the following:

- Threatening assault

- Use of government facilities, supplies, equipment, services, personnel or identification for other than official purposes

- Off-duty misconduct resulting in felony arrest or conviction

- Discrimination and sexual harassment not included in Classification No. 1

- Outrageous or unprofessional conduct

- Breach of security or safety in a DOJ program or operation resulting in escape or serious injury; disclosure of confidential informants or other protected persons; or endangering employees, contractors and clients of the DOJ.

- Use of a government credit card for other than its intended purpose in an amount greater than $1,000

- Gambling or promotion of gambling on government property

- Discharge of a firearm other than by accident

- Destruction of government property

- Inappropriate relationships between employees and persons in custody, aliens, informants, protected persons, undercover operatives, persons

---

[1] The 48-hour period does not include weekends and holidays.

under investigation or persons seeking benefits from the Department not included in Classification No. 1

- Unauthorized release of information not included in Classification No. 1

- Failure to properly account for funds, valuables and personal property of persons in custody

- Falsification of employee documents

- Attempt, conspiracy, obstruction, aiding and abetting, concealment or failure to report any matter in Classification No. 2

<u>Classification No. 3:</u> **MONTHLY REPORTING**

Classification No. 3 - misconduct consists of allegations involving any employee or contractor which have minimal impact on programs and operations, and which are not likely to result in termination, demotion or lengthy suspension. These allegations of misconduct may be reported monthly, in a mutually agreed upon electronic format.

Typical Classification No. 3 allegations include, but are not limited to, the following:

- Disorderly conduct or abusive language
- Prohibited personnel practices
- Conducting personal business during duty hours
- Refusal or failure to follow instructions or procedures, failure to respond to an emergency, failure to properly supervise or control persons in custody
- Off duty misconduct resulting in misdemeanor arrest
- Unauthorized use/misuse of a government vehicle, or other property
- Failure to honor just debts
- Accidental discharge of a firearm
- Use of a government credit card for other than its intended purpose in an amount not exceeding $1,000
- Violations of Security Regulations
- Intoxication or consumption of alcohol while on duty