FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. O7-192 (ESH) |
| | : | |
| v. | : | JUDGE ELLEN S. HUVELLE |
| | : | |
| STEPHEN COOK | : | TRIAL OCTOBER 23, 2007 |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S PROPOSED CHANGES TO THE JURY INSTRUCTIONS

The Government hereby submits the following proposed changes to the Court's proposed jury instructions:

1. That based on the testimony of Zachary Thomas, the Court should change its proposed jury instruction regarding Character or Reputation Evidence to include opinion testimony regarding character for truthfulness as opposed to reputation in the community for truthfulness.

2. That in light of the dismissal of the conspiracy count, the Court should strike Instruction 2.22 regarding accomplice testimony.

3. That in respect to the testimony of Bryan Behringer on redirect examination regarding the substance of his Grand Jury testimony, the Court, consistent with United States v. Stover, 329 F.3d 859, 866-868 (D.C. Cir. 2003), should instruct the jury that the prior Grand Jury testimony was introduced solely to help the jury in evaluating the credibility of Bryan Behringer's testimony at trial.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____/s/_____
John Cummings
Assistant United States Attorney
Member Maryland Bar
555 4th Street, N.W., Room 4838
Washington, DC 20530
(202) 514-7561

_____/s/_____
C. Douglas Kern
Ohio # 0072864
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D St. NW
Washington, DC 20004
(202) 514-3204

-2-