IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 1:07-CR-192 (ESH) |
| STEPHEN COOK ) | |
| ) | |
| Defendant. ) | |

STEPHEN COOK'S PROPOSED MODIFICATIONS TO THE JURY INSTRUCTIONS

The Defendant, by and through his undersigned attorneys, respectfully requests the following modifications to the Court's proposed final jury instructions:

Page 14: Following the sentence, "The law does not require a defendant to prove his innocence or to produce any evidence.", the defendant requests the Court add the following, which was submitted in his proposed Burden of Proof instruction:

> The presumption of innocence alone is sufficient to acquit a defendant unless you as jurors are unanimously convinced beyond a reasonable doubt of his guilt, after a careful and impartial consideration of all the evidence in this case.

Page 34: The second paragraph should be modified to make reference to <u>elements</u> rather than <u>facts</u> which need to be proved beyond a reasonable doubt.

Page 34: In the second element, the word "victim" before the name Omar Hunter should be removed. In the alternative, "complainant" or "detainee" should be used.

Page 38: At the bottom of the page and the top of page 39, the sentence beginning with, "In order to establish a willful deprivation …", the term "premeditated"

should be removed as the defendant's acts must be committed voluntarily and purposely, with the specific intent to do something the law forbids.

Page 40:   The phrases "no matter how slight" and "no matter how minor or temporary" are redundant and cumulative. The defendant submits the latter phrase is sufficient and was submitted in the defendant's proposed instructions using <u>Modern Federal Jury Instructions</u> 2006 (2 L. Sand, et al., Modern Federal Jury Instructions - Criminal).

The defendant also notes his exception to the denial of his Proposed Supplemental Instructions Nos. 7 (Presumption of Innocence and Burden of Proof) and 8 (Reasonable Doubt).

Respectfully Submitted,

**STEPHEN COOK**
**By Counsel**

_____/s/_____
William B. Moffitt
Pleasant S. Brodnax, III
MOFFITT & BRODNAX
The Mills Building, Suite 400
1700 Pennsylvania Avenue, Ave., NW
Washington, DC 20006
(202) 462-1100
valawyer@erols.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2007, I electronically filed this document with the Clerk of Court using the CM/ECF system.

_____/s/_____
Pleasant S. Brodnax, III

2