UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

OCT    2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

STEPHEN COOK

CRIMINAL CASE 07-192 (ESH)

### NOTE FROM JURY

We have reached a verdict.

Date: 10-30-07

Time: 11:54

FOREPERSON