UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 3 0 2007



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN COOK,<br><br>        Defendant. | Criminal No. 07-192 (ESH) |

## VERDICT FORM

1. How do you find the defendant, Stephen Cook, as to Deprivation of Civil Rights Under Color of Law Causing Bodily Injury, occurring on or about August 30, 2005?

    \_\_\_\_\_ Not Guilty          \_✓\_ Guilty

2. How do you find the defendant, Stephen Cook, as to Concealment or Falsification of a Material Fact, on or about August 30, 2005?

    \_\_\_\_\_ Not Guilty          \_✓\_ Guilty

3. How do you find the defendant, Stephen Cook, as to Witness Tampering, on or about September 28, 2006?

    \_\_\_\_\_ Not Guilty          \_✓\_ Guilty

4. How do you find the defendant, Stephen Cook, as to Witness Tampering, on or about October 23, 2006?

    \_\_\_\_\_ Not Guilty          \_✓\_ Guilty

Date: October 30, 2007

_____
Name of Foreperson

1686