IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:07-CR-192 |
| ) | |
| STEPHEN COOK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Stephen Cook, in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgement entered in this action on the 18th day of January, 2008.

Appellant Stephen Cook is currently incarcerated at the Fairfax County Adult Detention Center, located at 10520 Judicial Drive, Fairfax, Virginia 22030 and is awaiting placement by the Bureau of Prisons.

Appellant's attorney is William B. Moffitt of Moffitt & Brodnax, Ltd., located at 108 North Alfred Street, Suite 100, Alexandria, Virginia 22314.

On the 10th day of October, 2007, a jury convicted Stephen Cook of one count of a violation of 18 U.S.C. § 242, resulting in bodily injury, one count of a violation of 18 U.S.C. § 1001(a)(1) and (2), and two counts of violations of 18 U.S.C. § 1512(b)(1). On the 18th day of January, 2008, the District Court for the District of Columbia sentenced Stephen Cook to twenty-four (24) months incarceration on each count, to run concurrent to all other counts.

Stephen Cook, the above named appellant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment on this 28th day of

January, 2008.

                                          Respectfully Submitted,

                                          STEPHEN COOK
                                          By Counsel

*/s/* **William B. Moffitt**
WILLIAM B. MOFFITT
Moffitt & Brodnax, Ltd.
108 North Alfred Street, Suite 100
Alexandria, Virginia 22314
Phone: (703) 684-9400
Fax: (703) 684-9401
Email: wbmoffitt_esq@yahoo.com

**CERTIFICATE OF SERVICE**

I, William B. Moffitt, hereby certify that Stephen Cook's Notice of Appeal was filed on the 28th day of January, 2008, with the Clerk of the District Court for the District of Columbia using the ECF filing system. The ECF system will electronically serve the following individual:

John M. Cummings
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530

        **/s/ William B. Moffitt**
WILLIAM B. MOFFITT
Moffitt & Brodnax, Ltd.
108 North Alfred Street, Suite 100
Alexandria, Virginia 22314
Phone: (703) 684-9400
Fax: (703) 684-9401
Email: wbmoffitt_esq@yahoo.com